AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 22-MJ-1323 |
| MOHAMMAD DAVID HASHIMI | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MOHAMMAD DAVID HASHIMI                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to provide material support and resources to a designated foreign terrorist organization, the Islamic State of Iraq and al-Sham ("ISIS"), in violation of Title 18, United States Code, Section 2339B(a)(1)

Date:    12/13/2022                           *Cheryl Pollak*
                                            _____
                                                    *Issuing officer's signature*

City and state:    Brooklyn, New York               The Honorable Cheryl L. Pollak, U.S. Magistrate Judge
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/13/2022 , and the person was arrested on *(date)* 12/14/2022 at *(city and state)* Sterling, VA . |
| Date: 12/14/2022                          *Arresting officer's signature* |
| Robert DiGregoril, SA                     *Printed name and title* |