# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CRIMINAL DOCKET FOR CASE #: 1:22–mj–00340–IDD All Defendants

Case title: USA v. Hashimi                              Date Filed: 12/14/2022

Assigned to: Magistrate Judge Ivan D. Davis

**Defendant (1)**

**Mohammad David Hashimi**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **April Nicole Russo** |
|---|---|---|
| | | DOJ–USAO |
| | | Sausa Unit |
| | | 2100 Jamieson Street |
| | | Alexandria, VA 22304 |
| | | 703–299–3919 |
| | | Email: april.russo@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney* |
| | | |
| | | **Gavin R. Tisdale** |
| | | DOJ–USAO |
| | | 2100 Jamieson Ave |
| | | Alexandria, VA 22314 |

703−838−2625
Email: gavin.tisdale@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/14/2022 | | | Arrest of Mohammad David Hashimi in Eastern District of Virginia(Alexandria). (lgue, ) (Entered: 12/14/2022) |
| 12/14/2022 | 1 | | Arrest Warrant Returned Executed on 12/14/2022 in case as to Mohammad David Hashimi. (lgue, ) (Entered: 12/14/2022) |
| 12/14/2022 | | | Case unsealed as to Mohammad David Hashimi (lgue, ) (Entered: 12/14/2022) |
| 12/14/2022 | 2 | | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Initial Appearance in Rule 5(c)(3) Proceedings as to Mohammad David Hashimi held on 12/14/2022. US appeared through: Gavin Tisdale and April Russo. Deft appeared without counsel. Duty AFPD: Valencia Roberts present. Deft informed of rights, charges, and penalties. Deft waives all hearings in this district. Gov't seeks detention − GRANTED. Deft remanded to the custody of the USMS for transport to the Eastern District of New York. (Tape #FTR.)(lgue, ) (Entered: 12/14/2022) |
| 12/14/2022 | 3 | | WAIVER of Rule 5 Hearings by Mohammad David Hashimi (lgue, ) (Entered: 12/14/2022) |
| 12/14/2022 | 4 | | COMMITMENT TO ANOTHER DISTRICT as to Mohammad David Hashimi. Defendant committed to the custody of the USMS for transport to the Eastern District of New York. Signed by Magistrate Judge Ivan D. Davis on 12/14/2022. (lgue, ) (Entered: 12/14/2022) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Ivan D. Davis (christina_marquez@vaed.uscourts.gov,
christopher_watts@vaed.uscourts.gov, idd_chambers@vaed.uscourts.gov,
ivan_d_davis@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10983249@vaed.uscourts.gov
Subject:Activity in Case 22-340VAED Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

# U.S. District Court

# Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 12/14/2022 at 11:39 AM EST and filed on 12/14/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 1:22–mj–00340–IDD *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest of Mohammad David Hashimi in Eastern District of Virginia(Alexandria). (lgue, )**


**1:22–mj–00340–IDD *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| MOHAMMAD DAVID HASHIMI | ) Case No. 22-MJ-1323 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MOHAMMAD DAVID HASHIMI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to provide material support and resources to a designated foreign terrorist organization, the Islamic State of Iraq and al-Sham ("ISIS"), in violation of Title 18, United States Code, Section 2339B(a)(1)

Date: 12/13/2022

*Issuing officer's signature*
Cheryl Pollak

City and state: Brooklyn, New York

The Honorable Cheryl L. Pollak, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/13/2022, and the person was arrested on *(date)* 12/14/2022
at *(city and state)* Sterling, VA.

Date: 12/14/2022

*Arresting officer's signature*

Robert DiGregorio, SA
*Printed name and title*

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Ivan D. Davis (christina_marquez@vaed.uscourts.gov,
christopher_watts@vaed.uscourts.gov, idd_chambers@vaed.uscourts.gov,
ivan_d_davis@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10983520@vaed.uscourts.gov
Subject:Activity in Case 1:22-mj-00340-IDDVAED USA v. SEALED Case Unsealed
```
Content–Type: text/html

# U.S. District Court

## Eastern District of Virginia –

### Notice of Electronic Filing

The following transaction was entered on 12/14/2022 at 1:02 PM EST and filed on 12/14/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | [1:22–mj–00340–IDD *SEALED*](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Case unsealed as to Mohammad David Hashimi (Igue, )**


**1:22–mj–00340–IDD *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

TYPE OF HEARING: R5
CASE NUMBER: 1:22-mj-340
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 12/14/2022
TIME: 2:00 p.m.
EASTERN DISTRICT OF VIRGINIA          RECORDING: FTR
DEPUTY CLERK: Laura Guerra

UNITED STATES OF AMERICA

       VS.

Mohammad David Hashimi

**GOVT. ATTY:** Gavin Tisdale and April Russo

**DEFT'S ATTY:**

**DUTY AFPD:** Valencia Roberts

## INTERPRETER:

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (x)
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (   )
COURT TO APPOINT COUNSEL (  )   FPD (   ) CJA (  ) Conflict List (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny ( )

Deft waives all hearings in this district.

**BOND:**

Gov't seeks detention – GRANTED.

Deft remanded to the custody of the USMS for transport to the Eastern District of New York.

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America </br> v. </br> Mohammad David Hashimi </br> *Defendant* | ) </br> ) Case No. 1:22-mj-340 </br> ) </br> ) Charging District's Case No. 22-MJ-1323 </br> ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Eastern District of New York        .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12-14-22

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Mohammad David Hashimi<br><br>*Defendant* | )<br>)<br>) Case No.  1:22-mj-340<br>)<br>) Charging District's<br>) Case No.  22-MJ-1323 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___New York___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
  ☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 12\14\2022

/s/ Ivan D. Davis
*Judge's signature*

Ivan D. Davis, Unites States Magistrate Judge
*Printed name and title*